Minute Order Form (06/97)

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 01 CR 50044 - 1 | **DATE** | 7/1/2004 |
| **CASE TITLE** | United States vs. Malone | | |

**MOTION:** [In the following box (a) indicate the party filing the motion, e.g., plaintiff, defendant, 3rd party plaintiff, and (b) state briefly the nature of the motion being presented.]

**DOCKET ENTRY:**

(1) ☐ Filed motion of [ use listing in "Motion" box above.]
(2) ☐ Brief in support of motion due _____.
(3) ☐ Answer brief to motion due_____. Reply to answer brief due_____.
(4) ☐ Ruling/Hearing on _____ set for _____ at _____.
(5) ☐ Status hearing[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(6) ☐ Pretrial conference[held/continued to] [set for/re-set for] on _____ set for _____ at _____.
(7) ☐ Trial[set for/re-set for] on _____ at _____.
(8) ☐ [Bench/Jury trial] [Hearing] held/continued to _____ at _____.
(9) ☐ This case is dismissed [with/without] prejudice and without costs[by/agreement/pursuant to]
   ☐ FRCP4(m)   ☐ General Rule 21   ☐ FRCP41(a)(1)   ☐ FRCP41(a)(2).
(10) ■ [Other docket entry] For the reasons stated on the reverse memorandum opinion and order, Malone is given the option to either withdraw her motion or to file an amended motion within 30 days of the date of this order.

(11) ■ [For further detail see order on the reverse side of the original minute order.]

| | No notices required, advised in open court. | | | Document Number |
|---|---|---|---|---|
| | No notices required. | | number of notices | |
| ✓ | Notices mailed by judge's staff. | | JUL 02 2004 | 25 |
| | Notified counsel by telephone. | | date docketed | |
| | Docketing to mail notices. | | | |
| | Mail AO 450 form. | U.S. DISTRICT COURT | docketing deputy initials | |
| | Copy to judge/magistrate judge. | | 7-1-04 | |
| | | 2004 JUL -1 PM 3:54 | date mailed notice | |
| LC | courtroom deputy's initials | Date/time received in central Clerk's Office | mailing deputy initials | |

# MEMORANDUM OPINION AND ORDER

Deetreca Faye Malone, a federal prisoner, has filed pro se a "motion" which seeks a "sentence reduction" because her trial attorney failed to advise her of a four- level increase in her sentence based on U.S.S.G. 2K2.1(b)(5).

While not expressly identified as such, the court considers the motion to be the functional equivalent of a motion brought under 28 U.S.C. § 2255. See Carter v. United States, 312 F. 3d 832 (7th Cir. 2002). Thus, the court hereby informs Malone of its intent to characterize the motion as one under section 2255, warns Malone that the characterization will subject any subsequent section 2255 motion to the restrictions applicable to second or successive section 2255 motions (see 28 U.S.C. § 2255 par. 8), and provides Malone the opportunity to either withdraw or amend the motion. See Williams v. United States, 366 F. 3d 438, 439 (7th Cir. 2004), citing Castro v. United States, 124 S. Ct. 786 (2003). Should Malone decide to withdraw or amend the motion, she has 30 days from the date of this order to do so by filing a notice of withdrawal or an amended motion.